# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-7133**                                    **September Term, 2025**

1:25-cv-02944-APM

**Filed On:** September 15, 2025

Artemus Eden,

       Appellee

  v.

Station Townhouses LLC and Bozzuto Management Company,

       Appellants

    **BEFORE:**    Henderson*, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal, it is

    **ORDERED** that appellee file a response by 5:00 p.m. on Tuesday, September 16, 2025. Any reply is due by 12:00 noon on Wednesday, September 17, 2025.

### Per Curiam

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

                BY:    /s/
                           Selena R. Gancasz
                           Deputy Clerk

\* Circuit Judge Henderson would grant an administrative stay.