# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Artemus Eden, Appellee

v.

Station Townhouses LLC & Bozzuto Mgmt

**Case No:** 25-7133

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ⦿ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Artemus Eden, Plaintiff/Appellee

### Counsel Information

**Lead Counsel:** Neil Colin Satterlund, DCCir. #66591

**Direct Phone:** (202) 849-3609   **Fax:** ( )      **Email:** NSatterlund@nlsp.org

**2nd Counsel:** Philana Rachelle Weiss

**Direct Phone:** (202) 849-8285   **Fax:** ( )      **Email:** RWeiss@nlsp.org

**3rd Counsel:**

**Direct Phone:** ( )      **Fax:** ( )      **Email:**

**Firm Name:** Neighborhood Legal Services Program

**Firm Address:** 64 New York Ave. NE, Suite 180, Washington DC 20002

**Firm Phone:** (202) 832-6577   **Fax:** ( )      **Email:** n/a-- we have no front-desk email.

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)