# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-7133** | **September Term, 2025** |
| | 1:25-cv-02944-APM |
| | **Filed On:** February 3, 2026 |

Artemus Eden,

    Appellee

    v.

Station Townhouses LLC and Bozzuto
Management Company,

    Appellants

 

**BEFORE:**    Pillard and Katsas, Circuit Judges; and Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of appellee's motion for attorney's fees pursuant to Fed. R. App. P. 38, and in the alternative, for attorney's fees under 28 USC § 1447(c), the opposition, and the reply thereto, it is

**ORDERED** that the motion be denied.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
         Daniel J. Reidy
         Deputy Clerk